## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| ILLINOIS BELL TELEPHONE CO., d/b/a AT&T ILLINOIS, an Illinois Corporation<br><br>v.<br><br>HENKELS & MCCOY, INC., | FILED: AUGUST 26, 2008<br>08CV4884<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AO
Henkels & McCoy, Inc.

| NAME (Type or print) |
|---|
| Hillary L. Weigle |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Hillary L. Weigle |

| FIRM |
|---|
| SmithAmundsen LLC |

| STREET ADDRESS |
|---|
| 150 N. Michigan Avenue, Suite 3300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6282201 | 312-894-3200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐