3007888-TAF

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS BELL TELEPHONE CO., d/b/a AT&T ILLINOIS, an Illinois Corporation, | |
| Plaintiff, | |
| v. | No: 08 CV 4884 |
| HENKELS & McCoy, Inc., | Judge Lefkow |
| Defendant. | Magistrate Judge Nolan |

MOTION TO ENLARGE TIME TO FILE ANSWER TO COMPLAINT

NOW COMES Defendant HENKELS & MCCOY, INC., by and through its attorney Terry A. Fox and Hillary Weigle, and moves this Honorable Court pursuant to Fed.R.Civ.Pro. Rule 5 to enlarge the time to answer Plaintiff's Complaint. In support thereof, movant states the following.

1. This matter was removed from the Circuit Court of the Twelfth Judicial Circuit, Will County, by filing of a notice of removal on August 26, 2008. The answer is due on September 3rd, pursuant to FED.R.CIV.PRO. Rule 81(c).

2. The underlying complaint was served on Defendant on August 12, 2008.

3. The underlying complaint involves five separate underground utility strikes, at different times and locations.

4.  A short period of time is sought to properly investigate job files and work orders, in order to file a cogent answer and affirmative defenses.

5.  This enlargement is not sought for purposes of delay. Enlargement to September 16, 2008, the date of hearing on this motion, is sought. This motion is filed on the date the pleading is due, and not noticed pursuant to the Court's standing order, due to the Court's unavailability pursuant to the schedule for September 8th through September 12th posted on the website. September 16th is the first day available for hearing of this motion.

Wherefore, Movant seeks entry of an order granting in enlargement of time until September 16, 2008, for Defendant to file its responsive pleading to Plaintiff's Complaint.

> Respectfully submitted,
> Defendant HENKELS & MCCOY, INC.
>
> By:  /s/Terry A. Fox
>         One of Its Attorneys

Terry A. Fox   [Illinois ARDC# 6208039]
tfox@salawus.com
Hillary Weigle
SMITH AMUNDSEN, LLC.
150 North Michigan Avenue, Suite 3300
Chicago, Illinois  60601
(312) 894-3200

CERTIFICATE OF SERVICE

      I <u>Terry A.Fox</u> am one of the attorneys for Defendant/Movant and hereby certify that a copy of the foregoing motion was sent to Plaintiff's counsel Quentin Burrows at his law office at 2364 Plainfield Road, Suite D, Crest Hill, Illinois 60403, by depositing a copy thereof in an envelop with postage pre-paid before the hour of 5:00 p.m. at a U.S Postal Service collection box at or near 3815 East Main Street, St. Charles, Illinois, the Plaintiff having not yet filed an appearance with electronic service information.

Signed this the  3rd day of September, 2008

/s/Terry A. Fox