3007888-TAF

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS BELL TELEPHONE CO., d/b/a AT&T ILLINOIS, an Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HENKELS & McCOY, Inc.,<br><br>　　　　Defendant. | <br><br><br><br>No: 08 CV 4884<br><br>Judge Lefkow<br><br>Magistrate Judge Nolan |

## NOTICE OF MOTION

TO:　Quentin C. Burrows, Esq., Burrows Law Offices, P.C., 2364 Plainfield Road, Suite D, Crest Hill, IL 60403

　　　PLEASE TAKE NOTICE that on the 16th day of September, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Joan Humphery Lefkow in Courtroom 1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present the Defendant's Motion to Enlarge Time to File Answer to Complaint, a copy of which has been previously served upon you.

　　　　　　　　　　　　　　　　　　　　HENKELS & MCCOY, INC.


　　　　　　　　　　　　　　　　　　　　By: s/Terry A. Fox　　　　　　　　　　

Terry A. Fox (ARDC #6208039)
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601
Phone: (312) 894-3200
FAX:　(312) 894-3210

## **CERTIFICATE OF SERVICE**

      Terry A. Fox, an attorney, certifies that he caused the foregoing Notice and to be served upon the parties of record listed above by placing copies of the documents in envelopes addressed as aforesaid, with proper postage pre-paid, and depositing the envelopes in the U.S. Mail chute at 150 N. Michigan, Chicago, IL, before 5:00 p.m. on September 5, 2008, Plaintiff having not yet filed an appearance with electronic service information.

      s/Terry A. Fox